```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )
                                  ) CR No. 2:05-MJ-257 GGH
12                  Plaintiff,    )
                                  ) STIPULATION AND ORDER
13            v.                  ) RESETTING PRELIMINARY HEARING
                                  )
14  MICHAEL WAYNE BLANCHE,        )
                                  )
15                  Defendant.    )
    _____)
16
17       The United States of America, through its counsels of record,
18  McGregor W. Scott, United States Attorney for the Eastern District
19  of California, and William S. Wong, Assistant United States
20  Attorney, and defendant Michael Wayne Blanche, through his counsel
21  of record, Kathryn K. Druliner, Esq., hereby submit this stipulation
22  and proposed order resetting the preliminary hearing on December 16,
23  2005 to December 22, 2005 at 2:00 p.m.
24  ///
25  ///
26  ///
27  ///
28  ///
```

1  This stipulation by the parties is to allow the government to
2  indict the defendant the morning of December 22, 2005.
3  IT IS SO STIPULATED.

                                          McGREGOR W. SCOTT
                                          United States Attorney

Dated: December 15, 2005      By:  /s/ William S. Wong
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorney
                                   Attorneys for Plaintiff

DATED: December 15, 2005      By:  /s/ Kathryn K. Druliner
                                   KATHRYN K. DRULINER, ESQ.
                                   Attorney for Defendant
                                   MICHAEL WAYNE BLANCHE

_____

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that the preliminary hearing in this matter be set for December 22, 2005 at 2:00 p.m.

**IT IS SO ORDERED**.

DATED:  December 15, 2005.

                                   _____
                                   UNITED STATES MAGISTRATE JUDGE